IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

G & G Closed Circuit Events, LLC,  :
                                                   :   Case No. 2:25-cv-13838-MEF-AME
              Plaintiff                            :
                                                   :
      v.                                           :
                                                   :   ORDER GRANTING MOTION FOR
El Rio Nilo LLC dba El Rio Nilo     :   JUDGMENT BY DEFAULT
Restaurant; Ocaris Duran            :
                                                   :
              Defendants                        :

Default having been entered in this action on or about December 16, 2025

against Defendants El Rio Nilo LLC dba El Rio Nilo Restaurant and Ocaris Duran

(hereinafter "Defendants") and the Plaintiff's Motion for the Entry of Default

Judgment  and documentation in support thereof having been filed on or about

January 2, 2026, and having been served on the Defendants and notice given and no

appearance by the Defendants having been made in person or in writing and all other

requirements for entry of default judgment pursuant to Federal Rule Civil Procedure

55 having been satisfied, now therefore                                                            reasonbl

      IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be

entered against Defendants, jointly and severally, and in favor of G & G Closed

Circuit Events, LLC for violations of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in

the amounts of $3,600.00 and $15,000.00, respectively, plus costs and attorney's

fees, as well as, post-judgment interest pursuant to 28 U.S.C. § 1961.

      IT IS FURTHER ORDERED that Plaintiff is awarded reasonable

attorneys' fees and costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) of an amount to be

determined upon separate application within 30 days of the notice of entry hereof which shall be taxed and added to the judgment entered in this action.

_____

Honorable Michael E. Farbiarz, U.S.D.J.

April 28, 2026

2